**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Jose RICO–CARRILLO, Defendant–Appellant.**

**No. 09–50355.**

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 22, 2010.

Luella M. Caldito, Assistant U.S. Attorney, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Leila Wylie Morgan, Esquire, Trial Attorney, Federal Defenders of San Diego, Inc. San Diego, CA, for Defendant–Appellant.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

## MEMORANDUM **

Jose Rico–Carrillo appeals from the 57–month sentence imposed following his

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

guilty-plea conviction for attempted entry after deportation, in violation of 8 U.S.C. § 1326, and making a false claim to United States citizenship, in violation of 18 U.S.C. § 911. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Rico–Carillo contends that the district court procedurally erred at sentencing by failing to explicitly address his argument that the 16–level crime of violence enhancement under the Sentencing Guidelines reflects unsound policy by the Sentencing Commission because it is not tied by empirical research to any factor relevant to sentencing. The record reflects that the district court considered Rico–Carrillo's arguments and did not procedurally err. *See United States v. Carty,* 520 F.3d 984, 992–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.